

11-CR-05605-ORD

DISTRICT JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR12-5605RJB |
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] ORDER ON DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING DATE |
| JAIME PATRICK EDGTTON, | ) | |
| Defendant. | ) | |

THE COURT having considered the motion for continuance of the sentencing date, and the records and files herein, the Court hereby makes the following finding:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation for the sentencing hearing;

IT IS THEREFORE ORDERED that the sentencing date is continued from September 5, 2013 to November 14, 2013.

DONE this 29 day of Aug, 2013.

DISTRICT JUDGE ROBERT J. BRYAN

[PROPOSED] ORDER ON MOTION TO CONTINUE
SENTENCING DATE

LAW OFFICE OF TIMOTHY R. LOHRAFF
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
(206) 940-6523
Lohrafflaw@gmail.com